# United States Court of Appeals
## For the First Circuit

No. 16-2474

JUAN RAMIREZ MATIAS,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 8, 2017 is amended as follows:

On page 3, line 18, change "witness[es]" to "witness[es']"